IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Parker, Lillie M

Printed: 12/16/08

Case Number: 05 B 43162
Judge: Hollis, Pamela S
Filed: 10/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 3, 2008
Confirmed: November 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 22,135.94 | |
| Secured: | | 12,614.89 |
| Unsecured: | | 0.00 |
| Priority: | | 6,430.25 |
| Administrative: | | 1,894.00 |
| Trustee Fee: | | 1,196.80 |
| Other Funds: | | 0.00 |
| Totals: | 22,135.94 | 22,135.94 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 1,894.00 | 1,894.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | 74th Street Depot Federal Credit Union | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 4,988.58 | 2,763.41 |
| 5. | City Of Chicago | Secured | 492.72 | 492.72 |
| 6. | HSBC Auto Finance | Secured | 9,358.76 | 9,358.76 |
| 7. | Internal Revenue Service | Priority | 6,430.25 | 6,430.25 |
| 8. | Illinois Dept of Revenue | Priority | 391.75 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 3,148.68 | 0.00 |
| 10. | 74th Street Depot Federal Credit Union | Unsecured | 3,231.29 | 0.00 |
| 11. | Illinois Bell Telephone Company | Unsecured | 603.71 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 2.95 | 0.00 |
| 13. | City Of Chicago | Unsecured | 1,399.78 | 0.00 |
| 14. | HSBC Auto Finance | Unsecured | 1,876.31 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 17. | Direct Tv | Unsecured | | No Claim Filed |
| 18. | JBC & Associates | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | Midland Credit Management | Unsecured | | No Claim Filed |
| | | | $ 33,818.78 | $ 20,939.14 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Parker, Lillie M | Case Number:  05 B 43162 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/16/08 | Filed:  10/3/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 240.10 |
| 5% | 115.49 |
| 4.8% | 190.08 |
| 5.4% | 473.44 |
| 6.5% | 176.29 |
| 6.6% | 1.40 |
| | $ 1,196.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

